UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

       Plaintiff,

v.                                     Case No. 2:20-cv-5557-MSG

NILKANTH HOSPITALITY, LLC,
a Pennsylvania Limited Liability Company,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

     **COMES NOW** Plaintiff, by and through undersigned counsel, and informs the Court that

the matter has been amicably settled between the Parties, subject to receipt of settlement funds,

and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of

any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation

for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further

proceedings.

Dated: June 17, 2021                 Respectfully submitted,

                                              */s/  Lawrence A. Fuller*
                                              Lawrence A. Fuller, Esq., *pro hac vice*
                                              Fuller, Fuller & Associates, P.A.
                                              12000 Biscayne Blvd., Suite 502
                                              North Miami, FL 33181
                                              Telephone: (305) 891-5199
                                              Facsimile: (305) 893-9505
                                              Email: lfuller@fullerfuller.com

                                              David S. Dessen, Esq. (I.D. 17627)
                                              Dessen, Moses & Rossitto
                                              600 Easton Road
                                              Willow Grove, PA  19090
                                              Telephone:  215.496.2902
                                              Facsimile:   215.658.0747
                                              ddessen@dms-lawyer.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of June, 2021, the foregoing was filed via

the Court's CM/ECF system, which will automatically notice Counsel for the Defendant:

Thomas Paschos, Esq.
Thomas Paschos & Associates, P.C.
325 Chestnut Street; Suite 800
Philadelphia, PA  19106
tpaschos@paschoslaw.com


*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: lfuller@fullerfuller.com

*Co-Counsel for Plaintiff*