IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **HELEN SWARTZ,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 20-cv-5557 |
| **NILKANTH HOSPITALITY, LLC,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 18th day of June, 2021, upon consideration of the "Notice of Settlement" (ECF No. 18) and it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs. The Clerk of Court is directed to mark this action **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**